## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Linda Li, M.D. v. Swedish American Hospital, et al.

Case Number: 1:18-cv-08537

An appearance is hereby filed by the undersigned as attorney for:
DR. ASHRAF HELMY

Attorney name (type or print): Stetson F. Atwood

Firm: Donohue Brown Mathewson & Smyth LLC

Street address: 140 South Dearborn Street, Suite 800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 06224408
(See item 3 in instructions)

Telephone Number: 312.422.9939

Email Address: atwood@dbmslaw.com

**FILED**
FEB 01 2019 MMA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 1, 2019

Attorney signature: S/ Stetson F. Atwood
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA LI, M.D.,<br><br>    Plaintiff,<br><br> v.<br><br>SWEDISH AMERICAN HOSPITAL; MS. ELIZABETH HUGHES; MS. MACE; MS. SHERRI KOSCHAK; DR. ASHRAF MOURAD HELMY; MR. TIM NYCOWSKIY; MS. LAURA FORESTER; MR. VLADIMIR LOZOVSKIY; ILLINOIS DEPARTMENT OF FINANCIAL PROFESSIONAL REGULATION; MR. MARTIN FELDMAN; MS. BERNICE SMITH; MR. J. DAVID COPE; and CIGNA,<br><br>    Defendants. | No. 1:18-cv-08537<br><br>Honorable John J. Tharp, Jr.<br><br>Judge Presiding |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

[X] I hereby certify that on February 1, 2019, I filed, UNDER SEAL, the foregoing with the Clerk of the United States District Court for the Northern District of Illinois. I certify that all participants in the case will be served by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to:

Linda Li
1935 South Wells Street
Unit C
Chicago, IL 60616

[ ] I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants.

            /s/Amanda L. Balen
            DONOHUE BROWN MATHEWSON & SMYTH LLC
            Stetson F. Atwood (ARDC # 06224408)
            Amanda L. Balen (ARDC # 06305407)
            140 South Dearborn Street, Suite 800
            Chicago, IL 60603
            (312) 422-0900
            service@dbmslaw.com
            atwood@dbmslaw.com
            balen@dbmslaw.com